

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00312-CR

Ex Parte Mark Anthony Moncada Estrada

On appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. CR-712-08-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed.  The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

July 21, 2016